UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB BOZEMAN, et al.,<br><br>               Plaintiffs,<br>    v.<br><br>JENNY A. DURKAN, et al.,<br><br>               Defendants. | CASE NO. C20-0984JLR<br><br>ORDER DISMISSING COMPLAINT |

On November 2, 2020, the court issued an order to show cause why this matter should not be dismissed for failing to comply with the Federal Rule of Civil Procedure 4(m) time limitations for serving the defendant with a summons and a copy of the complaint. (*See* OSC (Dkt. # 4) at 1-2 (citing Fed. R. Civ. P. 4(m)).) The court warned Plaintiffs Jacob Bozeman and Austin Bozeman and that if they did not timely respond to the court's order to show cause, the court would dismiss this action without prejudice. (*See id.*) Plaintiffs' response was due on November 12, 2020. (*See id.*) Plaintiffs have

//

ORDER - 1

not responded to the court's order to show cause to date. (*See generally* Dkt.)

Accordingly, the court dismisses Plaintiffs complaint without prejudice.

Dated this 20th day of November, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge