# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB BOZEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENNY A. DURKAN, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C20-0984JLR |

____   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The complaint is dismissed without prejudice. (*See* 11/20/20 Order (Dkt. # 5).)

Filed this 20th day of November, 2020.

                                                WILLIAM M. MCCOOL
                                                Clerk of Court

                                                s/ Ashleigh Drecktrah
                                                Deputy Clerk